UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOMDO DRAME,

                Petitioner,

-v-

DONALD UHLER,

                Respondent.

CIVIL ACTION NO. 23 Civ. 533 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Per the March 31, 2023 Order of the Honorable Judge Valerie E. Caproni, Petitioner was permitted to file and serve reply papers within 30 days from the date he was served with Respondent's Answer to the Petition. (ECF No. 8). The docket reflects that Petitioner was served with Respondent's Answer on August 29, 2023 (ECF Nos. 18-1, 19-5), meaning his reply papers were due on September 28, 2023.

As a one-time courtesy, the Court sua sponte extends Petitioner's deadline to file reply papers to **October 25, 2023**. Petitioner is warned that failure to file reply papers by the deadline will result in the Court deeming the Petition ripe as of that date.

The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner.

Dated:     New York, New York            SO ORDERED.
           October 11, 2023

_____
**SARAH L. CAVE**
**United States Magistrate Judge**