UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOMDO DRAME,

                    Petitioner,

-v-

DONALD UHLER,

                    Respondent.

CIVIL ACTION NO. 23 Civ. 533 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court, having reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Respondent's Answer (Dkt. No. 19), and the state court record (Dkt. Nos. 19-1–19-4), observes that the victim's name appears in the state court record. (Dkt. No. 19-4). Accordingly, Respondent is directed to re-file Docket No. 19-4 with the victim's name redacted. (See id. at 191, line 22).

The Clerk of Court is respectfully directed to make Docket No. 19-4 visible only to the parties and mail a copy of this order to Petitioner.

Dated:     New York, New York
            September 10, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge